1  ROGER K. VEHRS (SBN 073018)
   Law Office of Roger K. Vehrs
2  2300 Tulare Street, Suite 250
   Fresno, CA 93721
3  Telephone: (559) 442-4211
   Facsimile: (559) 442-4127
4
   Attorney for DANNY RETTIG
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No.: 6:08-mj-00137-WMW
                                      )
12 |             Plaintiff,           ) WAIVER OF DEFENDANT'S PERSONAL
                                      ) PRESENCE AT PRETRIAL PROCEEDINGS;
13 |       v.                         ) [PROPOSED] ORDER THEREON
                                      )
14 | DANIEL RETTIG,                   )
                                      )
15 |             Defendant.           )
                                      )
16

17      Pursuant to F.R. Crim. P.43(b)(2) and (3), Defendant, Daniel Rettig, having been advised of his

18 right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence

19 on every occasion that the court may permit, pursuant to this waiver. Defendant agrees that his interests

20 shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the

21 Eastern District of California, the same as if Defendant were personally present, and requests that this

22 Court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice

23 to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

24 requirement of his appearance at said time and place.

25      Defendant makes this request because of the time, distance and expense involved, travel to

26 Yosemite for court appearances would be both a financial and personal hardship. Defendant wishes to

27

28 _____ Waiver of Defendant's Personal Presence; [Proposed] Order Thereon

                                      1

1  limit the number of personal court appearances and minimize the time and expense of travel to court.

2  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated: September 5, 2008     /s/ Daniel Rettig
                             DANIEL RETTIG

                             (Original signature retained by Attorney)

Dated: September 5, 2008     /s/ Roger K. Vehrs
                             ROGER K. VEHRS
                             Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   September 11, 2008**       /s/ William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE